Michael A. Moberly
HOZUBIN, MOBERLY & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
907-276-5297 – Telephone
907-276-5291 – Fax
Email: mike@akdefenselaw.com
Alaska Bar No. 9612073

*Attorneys for Derek Michael Kelley*

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEREK MICHAEL KELLEY | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Case No. 3:22-cr-00037-KFR |

## <u>CONSENT TO PROCEEDING BEFORE MAGISTRATE</u>

COMES NOW Derek Kelly, by and though counsel Hozubin, Moberly &
Associates, and hereby consents to all further proceedings in the above-captioned matter
being before a Magistrate Judge. This consent is given in recognition of Federal Rule of
Criminal Procedure 58, Local Magistrate Rules 2 and 3, and acknowledgement under
Federal Rule of Criminal Procedure 58(b)(3)(B) of Mr. Kelley's right to have this matter
heard before a U.S. District Judge.

DATED this _3rd_ day of June, 2022.


By: _____
     DEREK KELLEY


HOZUBIN, MOBERLY & ASSOCIATES
*Attorneys for Defendant Derek Michael Kelley*


By:    /s/Michael A. Moberly_____
       Hozubin, Moberly & Associates
       711 M Street, Suite 2
       Anchorage, AK 99501
       907-276-5297 – Telephone
       907-276-5291 - Facsimile
       Alaska Bar No. 9612073
       Email: mike@akdefenselaw.com


CERTIFICATE OF SERVICE
The undersigned hereby certifies that
on the 3rd day of ____June_____, 2022,
a true and correct copy of the foregoing
was served ELECTRONICALLY via
CM/ECF on the following:

PARTIES OF RECORD

HOZUBIN, MOBERLY & ASSOCIATES

By:____/s/ Michael A. Moberly_____
9100.929/Court Docs/Consent to Proceed before Magistrate