Michael A. Moberly
HOZUBIN, MOBERLY & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
907-276-5297 – Telephone
907-276-5291 – Fax
Email: mike@akdefenselaw.com
Alaska Bar No. 9612073

*Attorneys for Derek Michael Kelley*

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| DEREK MICHAEL KELLEY | ) |
| Defendant. | ) Case No. 3:22-cr-00037-KFR |

## WAIVER OF PERSONAL APPEARANCE

COMES NOW Derek Kelly, by and though counsel Hozubin, Moberly & Associates, and hereby gives notice of his waiver of personal appearance, pursuant to Federal Rule of Criminal Procedure 43(b)(2). Mr. Kelley requests that his appearance be permitted by video teleconferencing for all matters, unless the court orders otherwise.

DATED this 3rd day of June, 2022.

By: /s/ Derek M Kelley
DEREK KELLEY

HOZUBIN, MOBERLY & ASSOCIATES
*Attorneys for Defendant Derek Michael Kelley*

By: /s/Michael A. Moberly
Hozubin, Moberly & Associates
711 M Street, Suite 2
Anchorage, AK 99501
907-276-5297 – Telephone
907-276-5291 - Facsimile
Alaska Bar No. 9612073
Email: mike@akdefenselaw.com

CERTIFICATE OF SERVICE
The undersigned hereby certifies that on the 3rd day of June, 2022, a true and correct copy of the foregoing was served ELECTRONICALLY via CM/ECF on the following:

PARTIES OF RECORD

HOZUBIN, MOBERLY & ASSOCIATES

By: /s/ Michael A. Moberly
9100.929/Court Docs/Waiver of Personal Appearance