S. LANE TUCKER
United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steve.skrocki@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:22-cr-00037-KFR |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| DEREK MICHAEL KELLEY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**[PROPOSED] ORDER**

Having duly considered the United States' Motion to Appear Telephonically, the motion is hereby GRANTED. The Assistant U.S. Attorney will call (907) _____-_____ from a landline telephone five minutes prior to the scheduled hearing time.

//

DATED this _____ day of September 2022 at Anchorage, Alaska.

_____
UNITED STATES MAGISTRATE JUDGE

U.S. v. Kelley
3:22-cr-00037-KFR