S. LANE TUCKER
United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: steve.skrocki@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:22-cr-00037-KFR |
| Plaintiff, | ) |
| vs. | ) |
| DEREK MICHAEL KELLEY, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Having duly considered the United States' motion for expedited consideration, the motion is hereby GRANTED.

The Court will issue an order to the government's Emergency Motion for Status Conference, at the court's earliest opportunity.

//

DATED this _____ day of October, 2022 at Anchorage, Alaska.

_____

Honorable United States Magistrate Judge

U.S. v. Kelley
3:22-cr-00037-KFR