S. LANE TUCKER
United States Attorney

STEVE SKROCKI
CHARISSE ARCE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Steve.Skrocki@usdoj.gov
Charisse.arce@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:22-CR-00037-KFR |
| Plaintiff, | ) |
| v. | ) |
| DEREK MICHAEL KELLEY, | ) |
| Defendant. | ) |

**UNITED STATES' SENTENCING MEMORANDUM**

The United States of America, through the undersigned Assistant United States Attorney, hereby submits this Sentencing Memorandum for the joint change of plea/sentencing hearing scheduled for December 7, 2022, at 1:30 p.m. in the above-captioned case.

**SUMMARY OF SENTENCING RECOMMENDATIONS**

**GUIDELINE IMPRISONMENT RANGE** ......................................... 0 - 6 months[1]
**TERM OF IMPRISONMENT** .................................................... 0 months
**GUIDELINE PROBATION RANGE** .................................... 1 – 5 years
**TERM OF PROBATION** .......................................................... 2 years
**SPECIAL ASSESSMENT** ........................................................ $25.00
**DONATION** ............................................................................. $2,000

The parties waived the preparation of a Presentence Investigation Report (PSR). The defendant appears for a joint change of plea and sentencing hearing for a violation of the Lacey Act, with penalty provisions under 16 U.S.C. § 3373(d)(2), a Class A Misdemeanor. The defendant will plead guilty to Count 1, and the government will move to dismiss Counts 2 – 4 in the Information at the time of sentencing.

It is the government's belief and understanding that the guideline range after acceptance based on a criminal history category of I, is 0 to 6 months of imprisonment or 1 to 5 years of probation, and falls in Zone A of the Guidelines.

Based upon the sentencing factors in Title 18 U.S.C. § 3553(a), the government recommends a sentence of two years of probation along with a $2,000 donation to the Marine Environment and Resources Foundation, Inc. (MERF), a Philippine based non-governmental organization, which focuses on the restoration and repair of coral reefs in the Philippines.

In this case, the defendant paid G.A.B. $2,000 for illegally shipping approximately four boxes containing over 370 pieces of illegally harvested coral, using false

---

[1] *See United States v. Nathan Carl Meisner*, 3:22-cr-00003-SLG-KFR, (docket 17).

U.S. v. Kelley
3:22-CR-00037-KFR
2

labels/declarations, with the intent to resell them for significant markup. A public notice posted on his Facebook page is also appropriate to deter others that might consider engaging in similar illegal conduct.

The government believes its recommended sentence will best meet the ends of justice and comports with the 3553(a) sentencing factors.

RESPECTFULLY SUBMITTED December 1, 2022, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ *Charisse Arce*
CHARISSE ARCE
STEVE SKROCKI
Assistant U.S. Attorneys
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2022,
a true and correct copy of the foregoing
was served electronically on the following:

Michael Moberly, Esq.

s/ *Charisse Arce*
Office of the U.S. Attorney

U.S. v. Kelley
3:22-CR-00037-KFR

3