S. LANE TUCKER
United States Attorney

STEVE SKROCKI
CHARISSE ARCE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Steve.Skrocki@usdoj.gov
 Charisse.arce@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:22-CR-00037-KFR |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| DEREK MICHAEL KELLEY, | ) |
| Defendant. | ) |

**UNITED STATES' SENTENCING MEMORANDUM SUPPLEMENT**

The United States of America, through the undersigned Assistant United States Attorney, hereby submits the following supplement to its Sentencing Memorandum previously filed at docket 32.

/ /

The government seeks to correct a statement in its previously filed sentencing memorandum, found at docket 32, page 2. The sentencing memorandum reads: "The defendant will plead guilty to Count 1, and the government will move to dismiss Counts 2 - 4 in the Information at the time of sentencing." This line should be stricken and replaced with, "The defendant will plead guilty to Count 2, and the government will move to dismiss Counts 1, 3, and 4 in the Information at the time of sentencing."

As noted by the court (docket 31), there is a discrepancy between the plea agreement and the Information. The government and defendant have conferred and have agreed defendant will plead guilty to Count 2, and the government will move to dismiss Counts 1, 3, and 4 in the Information at the time of sentencing.

A notice as ordered by the court will be filed separately to appropriately address this discrepancy.

RESPECTFULLY SUBMITTED December 1, 2022, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ *Charisse Arce*
CHARISSE ARCE
STEVE SKROCKI
Assistant U.S. Attorneys
United States of America

**CERTIFICATE OF SERVICE**
I hereby certify that on December 1, 2022,
a true and correct copy of the foregoing
was served electronically on the following:

Michael Moberly, Esq.
s/ *Charisse Arce*
Office of the U.S. Attorney

U.S. v. Kelley
3:22-CR-00037-KFR