Michael A. Moberly
HOZUBIN, MOBERLY & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
907-276-5297 – Telephone
907-276-5291 – Fax
Email: mike@akdefenselaw.com
Alaska Bar No. 9612073

*Attorneys for Derek Michael Kelley*

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DEREK MICHAEL KELLEY | ) ) |
| Defendant. | ) ) ) Case No. 3:22-cr-00037-KFR |

**DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S
UNOPPOSED MOTION TO CONTINUE IMPOSITION OF SENTENCE**

STATE OF ALASKA            )
                                       ) ss.
THIRD JUDICIAL DISTRICT   )

COMES NOW Michael A. Moberly, counsel of record for Defendant Felicia King, and deposes and states as follows:

1. I am the attorney for Defendant Derek Kelley in the above-captioned matter.

2. I am filing an *Unopposed Motion to Continue Change of Plea/Imposition of Sentence.* I had a family emergency arise out of State this week and am traveling to be of assistance. I would have to appear telephonically at the hearing if it is not continued. A continuance would also to give more time to submit documents in aid of Sentencing prior to the hearing.

3. I respectfully request that the Court vacate Mr. Kelley's Imposition of Sentence and reschedule it for the later part of December, or thereafter.

4. On November 30, 2022, I spoke with Assistant U.S. Attorney Steven Skrocki, counsel for the Government, and requested his non-opposition, which he gave.

5. This motion is not being filed for harassment or undue delay, and the factual assertions contained therein are true and correct to the best of my knowledge.

DATED this 2nd day of December, 2022.

                            HOZUBIN, MOBERLY & ASSOCIATES
                            *Attorneys for Defendant Derek Michael Kelley*

                            By:   /s/Michael A. Moberly
                                    Hozubin, Moberly & Associates
                                    711 M Street, Suite 2
                                    Anchorage, AK 99501
                                    907-276-5297 – Telephone
                                    907-276-5291 - Facsimile
                                    Alaska Bar No. 9612073
                                    Email: mike@akdefenselaw.com

Declaration of Counsel in Support of Defendant's Unopposed Motion to Continue Imposition of Sentence
*United States of America v. Derek Michael Kelley*
3:22-cr-00037-KFR
Page 2

Case 3:22-cr-00037-KFR     Document 36     Filed 12/02/22     Page 2 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of December, 2022, a true and correct copy of the foregoing was electronically served on the following:

PARTIES OF RECORD

HOZUBIN, MOBERLY & ASSOCIATES

By: /s/ Michael A. Moberly
9100.929/court docs/Unopp Motion to Continue Sentencing - Declaration

Declaration of Counsel in Support of Defendant's Unopposed Motion to Continue Imposition of Sentence
*United States of America v. Derek Michael Kelley*
3:22-cr-00037-KFR
Page 3

Case 3:22-cr-00037-KFR   Document 36   Filed 12/02/22   Page 3 of 3