Michael A. Moberly
HOZUBIN, MOBERLY & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
907-276-5297 – Telephone
907-276-5291 – Fax
Email: mike@akdefenselaw.com
Alaska Bar No. 9612073

*Attorneys for Derek Michael Kelley*

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| DEREK MICHAEL KELLEY | ) ) |
| Defendant. | ) ) |
| | ) Case No. 3:22-cr-00037-KFR |

## NOTICE TO WITHDRAW AS COUNSEL

COMES NOW Michael A. Moberly of Hozubin, Moberly & Associates and gives notice of his withdrawal as CJA counsel for Derek Kelley. Mr. Kelley has been sentenced and there are no other pending matters related to this case.

/

/

/

/

DATED this 4th day of April, 2023.

        HOZUBIN, MOBERLY & ASSOCIATES
*Attorneys for Defendant Derek Michael Kelley*

By: /s/Michael A. Moberly
Hozubin, Moberly & Associates
711 M Street, Suite 2
Anchorage, AK 99501
907-276-5297 – Telephone
907-276-5291 - Facsimile
Alaska Bar No. 9612073
Email: mike@akdefenselaw.com

CERTIFICATE OF SERVICE
The undersigned hereby certifies that
on the 4th day of April, 2023,
a true and correct copy of the foregoing
was served ELECTRONICALLY via
CM/ECF on the following:

PARTIES OF RECORD

HOZUBIN, MOBERLY & ASSOCIATES

By: /s/ Michael A. Moberly
9100.929/Court Docs/Ntc to Withdraw

Notice to Withdraw as Counsel
*United States of America v. Derek Michael Kelley*
3:22-cr-00037-KFR
Page 2

Case 3:22-cr-00037-KFR   Document 47   Filed 04/04/23   Page 2 of 2