Michael A. Moberly
HOZUBIN, MOBERLY & ASSOCIATES
711 M Street, Suite 2
Anchorage, AK 99501
907-276-5297 – Telephone
907-276-5291 – Fax
Email: mike@akdefenselaw.com
Alaska Bar No. 9612073

*Attorneys for Derek Michael Kelley*

IN THE UNITED STATES DISTRICT COURT

FOR THE STATE OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| DEREK MICHAEL KELLEY | ) |
| | ) |
| Defendant. | ) |
| _____ | ) Case No. 3:22-cr-00037-KFR |

## **NOTICE TO DISCONTINUE ELECTRONIC SERVICE**

COMES Michael A. Moberly of Hozubin, Moberly & Associates and requests that

he be removed from all future electronic service regarding this case (Case No. 3:22-cr-

00037-KFR).

/

/

/

/

DATED this 4th day of April, 2023.

HOZUBIN, MOBERLY & ASSOCIATES
*Attorneys for Defendant Derek Michael Kelley*


By:     /s/Michael A. Moberly
        Hozubin, Moberly & Associates
        711 M Street, Suite 2
        Anchorage, AK 99501
        907-276-5297 – Telephone
        907-276-5291 - Facsimile
        Alaska Bar No. 9612073
        Email:  mike@akdefenselaw.com


CERTIFICATE OF SERVICE
The undersigned hereby certifies that
on the 4th day of April, 2023,
a true and correct copy of the foregoing
was served ELECTRONICALLY via
CM/ECF on the following:

PARTIES OF RECORD

HOZUBIN, MOBERLY & ASSOCIATES

By:     /s/ Michael A. Moberly
9100.929/Court Docs/Ntc to Discontinue E-Service