# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case Number: 3:22-CR-00037-001-KFR |
| vs. | ) | |
| | ) | ORDER ON TERMINATION OF |
| DEREK MICHAEL KELLEY | ) | UNSUPERVISED PROBATION |

Based on the *Report and Order Terminating Unsupervised Probation* filed on January 16, 2025, regarding the above-named defendant, **IT IS HEREBY ORDERED that**:

[X] The defendant is discharged from Unsupervised Probation and the proceedings in this case are terminated.

[ ] The defendant is discharged from Unsupervised Probation.

[ ] U.S. Attorney's office to file a status report on restitution payment on or before _____.

[ ] Other: _____

Dated this 16th day of January, 2025.

Honorable Kyle F. Reardon
United States Magistrate Judge